AO 91 (Rev. 5/85) Criminal Complaint

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# United States District Court

DISTRICT OF _____ New Mexico

JAN 0 8 2003

CLERK

UNITED STATES OF AMERICA

v.

## CRIMINAL COMPLAINT

Daniel Padilla
aka Fernando Chavez
(DOB 08/28/1971)
Los Lunas Detention Center

CASE NUMBER **03M0013**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about __October 23, 2002__ in __Bernalillo__ county, in the

_____ District of __New Mexico__ defendant(s) did, (Track Statutory Language of Offense)

take by force, violence and intimidation from the person or presence of another money, in the care, custody, control, management, and possession of the Bank of the West, 500 Martin Luther King Drive, Albuquerque, New Mexico, which is federally insured by the Federal Deposit Insurance Corporation, with certificate number 3514.

in violation of Title __18__ United States Code, Section(s) __2113(a)__ .

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit hereby incorporated by reference as if fully restated herein.**

Continued on the attached sheet and made a part hereof:  ☒ Yes    ☐ No

_____
Signature of Complainant

AUSA - Marron Lee

Heather Trout

Sworn to before me and subscribed in my presence.

Special Agent
Federal Bureau of Investigation

JAN - 8 2003

Date

at _____ Albuquerque, New Mexico _____
City and State

Lorenzo F. Garcia, U S Magistrate Judge

_____
Signature of Judicial Officer

Name & Title of Judicial Officer

Luther King Drive, Albuquerque, New Mexico was robbed by a lone Hispanic male. The robber brandished a small automatic handgun and pointed it at the tellers and said words to the effect of, "Give me all the money, don't give me any marked bills, and don't hit the trap." The robber grabbed the money from the first teller and then demanded money from a second teller. The robber appeared to be shoving the money into his shirt as he ran out of the bank. The robber was described by witnesses to be a Hispanic male, mid twenties, approximately 5'6", 150 pounds, medium build, brown hair, brown eyes, wearing a dark sweatshirt, blue jeans, dark baseball cap, wrap around sunglasses, gloves, and white tennis shoes. The robber escaped with approximately $952.00 in United States Currency belonging to the Bank of the West. Surveillance photographs of the bank robber were captured by the bank's surveillance cameras. These photographs were of good quality.

4) The bank robbery surveillance photographs were published through the media. DANIEL PADILLA was developed as a suspect when a confidential source in a position to identify PADILLA through a long association with him, recognized PADILLA in the published photograph and informed the FBI. The confidential informant was shown the bank robbery surveillance photographs during an interview. The confidential informant immediately identified the robber in the photographs as DANIEL PADILLA.

2

5) A photographic array of six Hispanic males, and containing a photograph of DANIEL PADILLA in position number 5 was prepared. A bank employee who was present during the bank robbery was shown the photographic array. The bank employee identified the man in position 5, PADILLA, as the man who robbed the bank.

6) DANIEL PADILLA was interviewed regarding the October 23, 2002 bank robbery at Bank of the West. PADILLA was shown the bank robbery surveillance photographs and admitted to being the bank robber in the photographs. He explained that he needed money for his heroin habit and was "strung out" the day of the robbery. PADILLA thought that if he was going to get caught for a crime, he wanted to do federal time. He decided to rob a bank because he knew it was a federal crime and that he would "do time" in a federal prison which was preferable to him than state prison. PADILLA found a black plastic gun on the lawn of a friend's house and decided to use it in a robbery since it looked so real. PADILLA stated that he wore gloves during the bank robbery because he did not want to leave fingerprints. He also told the teller not to give him any dye packs because he had heard about them being used on television. PADILLA noted that he never pointed the toy gun at anyone during the robbery but that he held it at his side. PADILLA thought that he got about $900.00 from the robbery and spent it all on heroin the week of the robbery. After the bank robbery, PADILLA stated that he ran a few blocks and then stopped to

3

stomp the plastic gun and throw it in the trash. He also threw the sweatshirt and the baseball cap he was wearing into the trash. PADILLA jumped onto a city bus after he discarded these items and went to a friend's house.

7) The description of the robber given by witnesses and noted from the bank robbery surveillance cameras was very similar to PADILLA's actual physical appearance. Witnesses described the robber as a Hispanic male, mid twenties, 5'6", 150 pounds, brown hair, and brown eyes. PADILLA is a Hispanic male, 31 years old, 5'6", 150 pounds, brown hair, and brown eyes.

4

8) Based on the foregoing, affiant belives that probable cause exists to charge DANIEL PADILLA with the robbery of the Bank of the West, 500 Martin Luther King Drive, Albuquerque, New Mexico, on October 23, 2002, in violation of Title 18, United States Code, Section 2113(a). Therefore, affiant respectfully requests that an arrest warrant charging DANIEL PADILLA with the preceding United States Code violation be issued.

Heather Trout
Special Agent
Federal Bureau of Investigation
Albuquerque, New Mexico

Subscribed and sworn to before me this 5th day of January, 2003.

Lorenzo F. Garcia
United States Magistrate Judge

5